United States District Court
Southern District of Texas
**ENTERED**
December 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA LINDA CIENFUEGOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-192 |
| | § | |
| TARGET CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Norma Linda Cienfuegos filed this lawsuit in a Texas state court after she visited a Target retail location in Brownsville, Texas, and while there, tripped, falling and allegedly sustaining injuries. (Original Pet., Doc. 1-1)  Defendant Target Corporation removed the case to federal court on the basis of diversity jurisdiction. (Notice of Removal, Doc. 1)  After discovery, Target moved for summary judgment on the grounds that there are no genuine issues of material fact as to the essential elements of Cienfuegos's claims. (Motion, Doc. 14, ¶¶ 6.8–6.10)

A United States Magistrate Judge recommends that the Motion for Summary Judgment be granted. (R&R, Doc. 17)  No party filed objections to the Report and Recommendation. The Court finds no clear error in the Report and Recommendation.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 17).  It is:

**ORDERED** that Defendant Target Corporation's Motion for Final Summary Judgment (Doc. 14) is **GRANTED**; and

**ORDERED** that judgment in favor of Defendant Target Corporation is entered as to all of Plaintiff Linda Norman Cienfuego's causes of action, and that she take nothing in this lawsuit.

Each party shall be responsible for its own fees and costs.

This Order is final and appealable.

The Clerk of Court is directed to close this matter.

Signed on December 13, 2021.

Fernando Rodriguez, Jr.
United States District Judge